# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIN FU ZHONG, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| 5. | : | NO. 08-2204 |
| | : | |
| KATHLEEN SWEENY, et al., | : | |
|     Defendants | : | |

## O R D E R

**AND NOW**, this   28th   day of March, 2011, upon consideration of the defendants' motion for summary judgment (Document #42), and the plaintiff's responses thereto, IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

  /s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.